AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.

Judy Fraize

)
)
)
)
)
)
)
)

Case: 1:24-mj-00034
Assigned To : Judge G. Michael Harvey
Assign. Date : 1/29/2024
Description: COMPLAINT W/ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____
who is accused of an offense or violation based on the following document filed with the court: _____ Judy Fraize _____,

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☒ Complaint
❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date:      01/29/2024

2024.01.29
12:45:41 -05'00'
*Issuing officer's signature*

City and state:      Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1/29/2024 , and the person was arrested on *(date)* 2/5/2024 at *(city and state)* Houston, TX . |
| Date: 2/5/2024 |
| *Arresting officer's signature* |
| Amy L Avila, Special Agent |
| *Printed name and title* |